JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES RUTHERFORD, an individual, THE ASSOCIATION 4 EQUAL ACCESS;

        Plaintiffs,

v.

CARL'S JR. #1100818, a business of unknown form; BEDFORD COURT, LP, a California limited partnership; and DOES 1-10, inclusive,

        Defendants.

**Case No.: EDCV 18-1696-GW-KKx**

**ORDER FOR DISMISSAL WITH PREJUDICE**

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is Dismissed with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: December 18, 2018

_____
GEORGE H. WU, U.S. District Judge

**ORDER OF DISMISSAL WITH PREJUDICE**
**1**